IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON SCROGGIN                                                                                  PLAINTIFF

V.                              CASE NO. 4:16-CV-121-BRW

PINNACLE CREDIT SERVICES, LLC                                                      DEFENDANT

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby stipulate that they have settled this case.  It may be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

/s/ David M. Donovan
DAVID M. DONOVAN (81184)
WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVE., STE. 200
LITTLE ROCK, AR  72201-1769
(501) 372-1406
(501) 372-1209 FAX
david.donovan@wdt-law.com

AND

/s/ Victoria Leigh
VICTORIA LEIGH (2011257)
LEIGH LAW PLLC
P.O. BOX 21514
LITTLE ROCK, AR 72211
(501) 227-7627
(501) 227-7628
v@leigh-law.com